

Steven M. Raiser, Esq.
Thomas A. Kenniff, Esq.
Anthony J. Colleluori, Esq.
James M. Ingoglia, Esq.
E. Gordon Haesloop, Esq.
Bruce R. Connolly, Esq.
John F. Campbell, III, Esq.
Valerie K. Mitchell, Esq.
Glenn W. Caulfield, Esq.

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Emily Shaw Record, Esq.
Laura A. Mintz, Esq.
Khadija A. Misuraca, Esq.
Edward A. Fregosi, Esq.
Giovanni L. Escobedo, Esq.
Jason Steinberg, Esq.
Stephen C. Dachtera, Esq.
John McDonnell, Esq.
Ariana Smith, Esq.

June 6, 2016

VIA ECF & U.S. MAIL

Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

  Re: Bulina v. City of New York
     15-cv-03724 (IJG) (MDG)

Dear Magistrate Go:

This letter serves as my status report regarding the settlement of the above-entitled matter

The closing papers were hand delivered to my office by my client on Friday, June 3, 2016. They have been forwarded to opposing counsel the same day.

If the Court requires anything further, please advise.

          Very truly yours,

          E. Gordon Haesloop, Esq.

EGH/cm

  cc: Rhiana Suarez, Esq.
     (via ECF)

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711