UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BRYAN BULINA,

                                     Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER STEPHEN
FURNO, Shield No. 7578, POLICE OFFICER KENNETH
GREENE, individually and in Their respective capacities as
members of the City of New York Police Department,,

                                     Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15CV3724 (BMC) (MDG)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       June 16, 2016

RAISER & KENNIFF, P.C.
*Attorneys for Plaintiff*
300 Old Country Road, Suite 351
Mineola, NY 11501

By: *E. Gordon Haesloop* (signature)
E. Gordon Haesloop
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Greene, and Furno*
100 Church Street, 3rd Floor
New York, New York 10007

By: (signature)
Rhiana Swartz
*Senior Counsel*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016